# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-2714

_____

United States of America

*Plaintiff - Appellee*

v.

Joshua Simonson

*Defendant - Appellant*

_____

No. 13-2715

_____

United States of America

*Plaintiff - Appellee*

v.

Kristen Simonson, also known as Kristen Moody

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 25, 2014
Filed: June 30, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After a jury found Joshua and Kristen Simonson guilty of tax-fraud conspiracy and related offenses, the District Court[1] imposed sentence on both defendants, and these consolidated direct criminal appeals followed. The Simonsons elected to proceed pro se at trial, as they do in this appeal. And as they did below, they raise a variety of arguments challenging the District Court's jurisdiction and the government's right to bring and pursue the criminal charges against them, and they base these arguments on their view, among others, that they are special, sovereign citizens; that the federal statutes of conviction are invalid; that only "international jurisdiction" is available; and that the government had a contract with them and breached it.

These arguments are frivolous, see United States v. Hart, 701 F.2d 749, 750 (8th Cir. 1983) (per curiam); United States v. Sterling, 738 F.3d 228, 233 n.1 (11th Cir. 2013), cert. denied, 2014 WL 1621678 (May 27, 2014); and we affirm the judgments before us without extended discussion.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.